IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ROGER L. DANIEL**<br><br>*Defendant.* | Case No. 1:17-cr-221-RCL |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY ASSISTANT U.S. ATTORNEY**

The United States of America, through the undersigned counsel, respectfully submits this Notice of Withdrawal of Appearance by Assistant U.S. Attorney in the above-captioned case.

I, Joshua Rothstein, notified the United States Attorney's Office for the District of Columbia that I will be leaving the employment of the Department of Justice. Thus, I am no longer able to serve as counsel for the United States of America in the above-captioned case and request to be terminated from the docket.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/Joshua Rothstein
Joshua Rothstein
N.Y. Bar Number 4453759
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7165
Email: Joshua.Rothstein@usdoj.gov

1